UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HORACE LOGGINS,<br><br>                              Plaintiff,<br><br>          v.<br><br>COYOTE RIDGE CORRECTION CENTER and WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>                              Defendants. | NO:  4:14-CV-5074-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, AND DISMISSING COMPLAINT<br><br>**1915(g)** |

BEFORE THE COURT is the Report and Recommendation to Dismiss Complaint (ECF No. 10).  Plaintiff, a prisoner at the Coyote Ridge Corrections Center, is proceeding *pro se* and *in forma pauperis*; Defendants were not served.

There being no objections and for the reasons set forth by Magistrate Judge Hutton, **IT IS ORDERED** the Report and Recommendation (ECF No. 10), is **ADOPTED IN ITS ENTIRETY** and the complaint (ECF No. 6) is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

ORDER ADOPTING REPORT AND RECOMMENDATION, AND
DISMISSING COMPLAINT -- 1

Pursuant to  28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915.  This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff at his last known address, and close the file.  The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.   The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** March 12, 2015.

THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION, AND
DISMISSING COMPLAINT -- 2